1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| JOANNA PAYNE, | ) **Case No.: 08 CV02700 GEB-KJM** |
|---|---|
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| NCO FINANCIAL SYSTEMS, INC., | ) |
| Defendant. | ) |

The parties' agreement that Plaintiff has leave to file and serve a First Amended Complaint the date of this Order is approved.

Dated: 2/26/09

_____
GARLAND E. BURRELL, JR.
United States District Judge

1

PROPOSED ORDER