IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNA PAYNE, | 2:08-cv-02700-GEB-KJM |
| Plaintiff, | |
| v. | ORDER RE: SETTLEMENT AND DISPOSITION |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

The Notice of Settlement filed on March 5, 2009, states the parties are in the process of finalizing settlement, "which Plaintiff anticipates will be finalized within the next 30 days." Therefore, a dispositional document shall be filed no later than April 6, 2009. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Dated: March 6, 2009

GARLAND E. BURRELL, JR.
United States District Judge

1